# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**CORDELL NICHOLS, a/k/a**                                                 **PLAINTIFF**
**Quindel Johnson, Reg. #29494-044**

v.          **CASE NO. 2:20-CV-00065 BSM**

**DEWAYNE HENDRIX, Warden,**
**Forrest City Low,** *et al.*                                                   **DEFENDANTS**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Joe J. Volpe [Doc. No. 13] has been received. After carefully reviewing the record, the RD is adopted. Nichols may proceed with his *Bivens* claim against Judith Lamarre and his FTCA claim against the United States. Dewayne Hendrix is dismissed without prejudice because Nichols has not pled a plausible claim against him. An *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 2nd day of July, 2020.

                                                               _____
                                                               UNITED STATES DISTRICT JUDGE