IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CORDELL NICHOLS,**  **PLAINTIFF**
a/k/a Quindell Johnson,
Reg. #294494-044

v.   CASE NO. 2:20-CV-00065-BSM

**DEWAYNE HENDRIX,** *et al.*   **DEFENDANTS**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Joe J. Volpe [Doc. No. 43] has been received. After reviewing the record *de novo*, the RD is adopted. Defendants' motion to dismiss, or in the alternative, motion for summary judgment [Doc. No. 24] is granted. Nichols's *Bivens* and FTCA claims are dismissed with prejudice. An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Nichols's motion for an extension of time [Doc. No. 44] is denied.

IT IS SO ORDERED this 10th day of November, 2020.

/s/ Brian S. Miller
UNITED STATES DISTRICT JUDGE