IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CORDELL NICHOLS,** **PLAINTIFF**
a/k/a Quindell Johnson,
Reg. #294494-044

v.     CASE NO. 2:20-CV-00065-BSM

**DEWAYNE HENDRIX,** *et al.*     **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 10th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE